| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gillette Enterprises LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Elysian Fields** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5322717** |
| 4. | **Debtor's address** | **Principal place of business** **1273 S. Tamiami Trl** **Sarasota, FL 34239** Number, Street, City, State & ZIP Code  **Sarasota** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **elysianfieldsgifts.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Gillette Enterprises LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4532__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Gillette Enterprises LLC**  Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Gillette Enterprises LLC**    Case number (*if known*)
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Gillette Enterprises LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  6, 2025**
MM / DD / YYYY

**X** **/s/ Anthony Gillette**                                **Anthony Gillette**
Signature of authorized representative of debtor         Printed name

Title   **Managing Director**

**18. Signature of attorney**

**X** **/s/ Alberto ("Al") F. Gomez, Jr.**                    Date **June  6, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Alberto ("Al") F. Gomez, Jr. 784486**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**  Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-225-2500**          Email address

**784486 FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re  **Gillette Enterprises LLC**                                   Case No.
                          Debtor(s)                                   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 6, 2025**                    **/s/ Anthony Gillette**
                                           **Anthony Gillette**/**Managing Director**
                                           Signer/Title

Gillette Enterprises LLC
1273 S. Tamiami Trl
Sarasota, FL 34239

Dehart Alarm Systems LLC
c/o Corey K. Schott
863 Commerce Blvd. N
Sarasota, FL 34243

Passages/Cardthartic
918 W. William St
Champaign, IL 61821

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Regions Bank
1900 5th Ave. N.
Birmingham, AL 35203

93 FLRPT, LLC
c/o Alicia H. Gayton, RA
7978 Cooper Creek Blvd.
Bradenton, FL 34201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Regions Bank
PO Box 71075
Charlotte, NC 28272

American Express
PO Box 36031
Carol Stream, IL 60197

JWM Management Inc.
c/o John Meshad, RA
1229 S. Tamiami Trail
Sarasota, FL 34239

Regions Bank
250 Riverchase Parkway E.
Birmingham, AL 35244

AngelStar
 600 Main Street STE 207
Tonawanda, NY 14151

Lightspeed Commerce Inc.
700 Saint-Antoine St E #300
Montreal Quebec H2Y 1A6
Canada

Ruta Gillette
7516 Weeping Willow Blvd
Sarasota, FL 34241

Anthony Gillette
1273 South Tamiami Trl
Sarasota, FL 34239

Marlin Leasing Corporation
c/o Corporation Service Co
1201 Hays Street
Tallahassee, FL 32301

Sagrada Madre RVA
2922 Noble Ave
Richmond, VA 23222

Benderson Development Co LLC
c/o Alica H. Gayton, RA
7978 Cooper Creek Blvd.
Bradenton, FL 34201

Midtown Associates LLP
c/o JWM Management, Inc.
John Meshad, RA
1229 S. Tamiami Trl
Sarasota, FL 34239

Sarasota County Tax Collecto
101 S. Washington Blvd
Sarasota, FL 34236-6993

Benderson Development LLC
570 Delaware Ave
Buffalo, NY 14202

Notes & Queries
Suite 108
7110 Golden Ring Road
Essex, MD 21221

US Small Business Admin
South FL District Office
100 S. Biscayne Blvd
7th Floor
Miami, FL 33131

Calypso Cards
270 Bellevue Ave, #315
Newport, RI 02840

Parc Packaging
2853 Dawn Rd
Jacksonville, FL 32207

US Small Business Admin.
2 North St.
Suite 320
Birmingham, AL 35203

World Buyers
4730 Sata Fe St.
Suite B
San Diego, CA 92109