UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

GILLETTE ENTERPRISES, LLC
d/b/a ELYISIAN FIELDS

   Debtor.
_____/

Chapter 11, Subchapter V
Case No. 8:25-bk-03803

### DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

GILLETTE ENTERPRISES, LLC d/b/a ELYSIAN FIELDS ("Debtor"), pursuant to Local Rule 2081-1, files its Chapter 11 Case Management Summary (the "Summary"). For the Summary, the Debtor states the following:

**Description of Debtor's Business**

The Debtor operates a metaphysical retail business, doing business as Elysian Fields that sells books, crystals and other gift items. The Debtor offers unique gifts and offers a curated collection or specialty gifts and books from artisans both from the local Sarasota/Tampa Bay area and outside the area. The Debtor does business as Elysian Fields (www.elysianfieldsgifts.com). The Debtor's retail store has served the Sarasota community since 1992. On April 21, 2025 Elysian Fields was designated a Legacy Business by the City of Sarasota and was also voted the Best Gift Shop by the readers of Sarasota Magazine in 2025.

**Location of Debtor's Operations and Whether Leased or Owned**

The Debtor's main storefront is located at 1273 S. Tamiami Trail in Sarasota, Florida ("Tamiami Trail Location"). The Debtor leases its Tamiami Trail Location from JWM Management, Inc. ("JWM"). The lease with JWM is ongoing and the Debtor is making diligent

efforts to become current on outstanding rent. The Debtor intends on curing any outstanding lease arrearages as part of the assumption of its lease in this case.

On or about May 4, 2022, the Debtor leased a second storefront at 7978 Cooper Creek Blvd., Suite 1 in Sarasota, Florida ("Cooper Creek Location"). Between May 2022 through September 2024 the Debtor leased the Cooper Creek Location from 93 FLRPT, LLC ("93 FLRPT"). The original Cooper Creek Location lease extended through 2027, but the Debtor signed a Lease Termination agreement with 93 FLRPT ("Cooper Creek Lease Termination"). On or about September 4, 2024 the Cooper Creek Location closed due to underperforming sales. Although the Debtor closed its Cooper Creek Location, the Debtor negotiated a favorable agreement that avoids additional claims by the landlord in the Debtor's Chapter 11 Case.

**III.   Reasons for Filing Chapter 11 and Debtor's Business Operations**

The Elysian Fields store originally opened in 1992 as Elysian Fields of FL, LLC and has been in business continuously for over thirty-two years.

On or about April 17, 2018 Anthony and Ruta Gillette formed Gillette Enterprises, LLC d/b/a Elysian Fields, a Florida limited liability corporation, for the purpose of purchasing Elysian Fields of FL, LLC.  The Debtor is the current owner of the retail store.

As part of a purchase of the Debtor's business, on or about July 9, 2018, Regions Bank loaned the Debtor the funds to purchase the Elysian Fields store ("Regions Loan 4192") in the approximate amount of $1,097,300.00. Regions Loan 4192 was backed by the U.S. Small Business Administration ("SBA") loan number ending 7008 ("SBA 7008").  As of the petition date, the Debtor believes that the balance of Regions Loan 4192 is approximately $417,469.18 and is undersecured.

On or about April 20, 2020, as a result of the 2019-COVID Pandemic, the SBA granted the Debtor a Disaster Economic Injury loan ("COVID-EIDL") for the Tamiami Trail Location in the approximate amount of $415,000.00. As of the petition date, The Debtor believes that the current balance of the COVID-EIDL is approximately $141,213.60 and is wholly unsecured.

On or about June 24, 2022, Regions Bank granted the Debtor its second loan, loan number ending 4649 ("Regions Loan 4649") backed by the SBA loan number ending 9104 ("SBA 9104"). Regions Loan 4649 allowed the Debtor to open the Cooper Creek Location and was secured by the storefront at Cooper Creek. The Cooper Creek Location did not perform as expected and drew business away from the Tamiami Trail Location. Regions Loan 4192 and Regions Loan 4649 shall collectively be referred to as the "Regions Loans".

In September 2024, the Debtor and 93 FLRPT entered into the Lease Termination Agreement for the Cooper Creek location which allowed the Debtor to avoid an earlier insolvency. Since 2021, the sales at the Tamiami Trail Location underperformed and the Debtor was not profitable in 2024. A contributing factor to the sales' decline in 2024 was mainly due to Hurricane Milton. On or about October 2, 2024, the SBA granted the Debtor an additional Disaster Economic Injury loan ("Hurricane-EIDL") from the SBA for the Tamiami Trail Location..

## Regions Loans

The Debtor filed this Chapter 11 case in order to restructure the Regions Loans, cure its lease arrearage, and address all other outstanding debts through a confirmed chapter 11 plan. On January 22, 2025, Regions Bank sent the Debtor a notice of covenant default on the Regions Loans. Regions Bank claims that Regions Loan 4649 is in covenant default triggered by the closing of the Debtor's Cooper Creek Location. Regions Bank also claims that Regions Loan 4192 is cross-collateralized with Regions Loan 4649 and is therefore cross-defaulted. Regions Loan 4192 is a

payable note, whereas Regions Loan 4649 acts as a line of credit. Term loan payments on Loan 4192 start approximately in the Summer of 2025. The Debtor has attempted to negotiate curing the Regions Loans outside of bankruptcy, but ultimately the negotiations have left the Debtor without time to satisfy all outstanding debts with more secured creditors.

## U.S. Small Business Administration Loans

The SBA backs all loans between the Debtor and Regions Bank (as described above) and awarded the Debtor two SBA EIDLs. On or about April 20, 2020, the SBA awarded the Debtor the COVID-EIDL #7202 in the original amount of $415,000. The SBA filed a UCC financing statement asserting a security interest in, among other things, all inventory, equipment, accounts and accounts receivable. . The Debtor believes that as of the Petition Date, the balance of the COVID-EIDL #7202 is approximately $141,213.60.

On or about October 4, 2024, the SBA granted the Debtor its Hurricane EIDL#9103 in the original amount of $142,400.00, which is secured by the managing directors' personal home located at 7516 Weeping Willow Blvd. in Sarasota, FL ("7516 Weeping Willow"). None of the Debtor's assets were encumbered by the Hurricane-EIDL and the Debtor considers the Hurricane-EIDL as an unsecured claim. The Debtor believes that as of the Petition Date, the balance of the Hurricane-EIDL $9103 unsecured claim is approximately $138,320.92.

After evaluating alternatives, the Debtor determined that a Subchapter V Chapter 11 filing would provide a venue in which to effectively address the Debtor's current debts and best serve the interests of the Debtor to remain a going concern, as well as address Debtor's creditors, customers, and employees. The Debtor will utilize the Chapter 11 process to restructure its debts and make distributions to creditors efficiently and effectively in compliance with the Bankruptcy Code.

**IV.     List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing**

In the one year prior to filing its Chapter 11, the Debtor's ownership was as follows:

a.  Fifty-one percent (51%) interest is owned by Ruta Gillette.

b.  Forty-nine percent (49%) interest is owned by Anthony Gillette.

(collectively, the "Members").

In 2024, the Debtor's Members received compensation from the Debtor in the amount of $85,000 annually to Anthony Gillette and $85,000 annually to Ruta Gillette. The Debtor will be filing a motion for authorization to pay its Members' salaries.

**V.     Debtor's Annual Gross Revenues**

The Debtor's gross revenue for the year ending December 31, 2023 was approximately $1,612,993.00. The Debtor's gross revenue for the year ending December 31, 2024 was approximately $834,450.53. The Debtor's year to date gross revenue through April 30, 2025 is approximately $280,299.37.

**VI.     Amounts Owed to Various Classes of Creditors**

The Debtor owes the following creditors as set forth below. The Debtor reserves all rights, claims, defenses, objections, and remedies with respect to all claims asserted or filed by creditors.

   **a. Secured Claims:**

Regions Bank holds a first position secured claim in connection with Regions Loan 4192. On or about July 9, 2018, Regions granted the Debtor Regions Loan 4192 backed by SBA 7008 in the original principal amount of $1,097,300.00. On or about October 1, 2024, Regions filed a UCC financing statement asserting a security interest in among other things, original equipment and fixtures listed as collateral under SBA 7008. The Debtor believes that as of the Petition Date the balance of Regions Bank Loan 4192 is approximately $417,469.18 and is undersecured.

The SBA holds a second position secured claim in connection with its backing of the Regions Loans (as described above), and the COVID-EIDL #7202. In approximately May 2020, the SBA awarded the Debtor a COVID-EIDL #7202 in the original principal amount of $415,000.00. The SBA filed a UCC financing statement asserting a security interest in, among other things, all inventory, equipment, accounts and accounts receivable. The Debtor believes that as of the Petition Date the balance of the COVID-EIDL is approximately $141,213.60 and is wholly unsecured.

Regions Bank also holds a third position secured claim in connection with Regions Loan #4649. On or about June 24, 2022, Regions Bank granted the Debtor Regions Loan 4649 backed by SBA 9104 in the original principal amount of $312,900.00. On or about July 14, 2022 Regions Bank filed a UCC financing statement asserting a security interest in among other things, property which may be or become located at the real property located at the Cooper Creek Location. The Debtor believes that as of the Petition Date the balance of Regions Bank Loan 4192 is approximately $263,898.65 and is wholly unsecured.

    b. **Priority Claims:**

Except for prepetition wages payable to employees, which the Debtor is seeking court approval to pay, the Debtor is not aware of any other priority claims

    c. **Unsecured Claims:**

The Debtor owes approximately $202,998.00 to general unsecured creditors, which is primarily outstanding rent for both the Tamiami Trail Location ($30,452.13) and Cooper Creek Location ($14,612.21) and the unsecured Hurricane-EIDL ($138,320.92). In connection with the amounts allegedly owed by the landlord for the Cooper Creek Location, the Debtor disputes that any amounts are currently due. Specifically, the landlord for the Cooper Creek Location charged

a trash charge that was not part of lease agreement in the approximate amount of $2,000.00, and the landlord is holding a security deposit from the Debtor in the amount of $13,033.39.

**VII.    General Description and Approximate Value of Debtor's Current Fixed Assets**

The Debtor's fixed assets consist primarily of a retail items including books and gifts valued at approximately $11,643.00, and fixtures, computer equipment and software valued at approximately $8,420.00. The Debtor also contends that it has a cause of action against Richard Jones d/b/a R&P Woodworking for non-performance of building out the Debtor's Cooper Creek Location and suffered damages of approximately $25,607.50. The Debtor has filed charges with the State Attorney's Office civil theft and that case is presently pending in Manatee County, Florida.  The Debtor has estimated the value of its inventory and fixtures and reserves its rights to amend the value if an appraisal is conducted, or more updated values are obtained.

**VIII.    Number of Employees and Amounts of Wages Owed as of Petition Date**

As of the Petition Date, there were nine (9) non-insider individuals employed by the Debtor who are not owed anything in pre-petition wages.  The Debtor pays its employees bi-monthly, and the next payroll date is June 13, 2025. The Debtor's payroll is approximately $21,650 per month.

**IX.    Status of Debtor's Payroll and Sales Tax Obligations**

As of the Petition Date, the Debtor was current on its prepetition payroll and sales tax obligations.

**X.    Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date**

The Debtor intends to file an Emergency Motion for Authority to Use Cash Collateral.

**XI.    Debtor' Strategic Objectives**.

The Debtor will utilize the Chapter 11 process to restructure its debts and make distributions to creditors efficiently and effectively in compliance with the Bankruptcy Code.

WHEREFORE, the Debtor respectfully submits the foregoing as its Case Management Summary.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Case Management Summary has been furnished on June 6, 2025, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

>	JOHNSON, POPE, BOKOR,
>	RUPPEL & BURNS, LLP
>	/s/ Alberto F. Gomez, Jr.
>	Alberto "Al" F. Gomez, Jr. (FBN: 784486)
>	400 North Ashley Dr., Ste. 3100
>	Tampa, FL 33601-1100
>	Telephone: 813-225-2500
>	Email: Al@jpfirm.com
>	Attorneys for Debtor